UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE KING, | ) | CASE NO. 1:19 CV 2159 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| WARDEN TIM BUCHANAN, | ) | MEMORANDUM OPINION |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of former Magistrate Judge James R. Knepp II.[1] The Report and Recommendation (ECF # 9), filed on October 13, 2020, is ADOPTED by this Court, and Petitioner's Petition for Writ of Habeas Corpus (ECF # 1), filed pursuant to 28 U.S.C. § 2254, is denied.

Pursuant to Local Rule 72.2, this matter was referred to Magistrate Judge Knepp for the preparation of a report and recommendation. In his Report and Recommendation, Magistrate Judge Knepp recommends that this Court deny Petitioner's Petition for a Writ of Habeas Corpus. On April 19, 2021, after several requests for extensions of time, Petitioner filed his objections to the Report and Recommendation. (ECF # 16.)

The Court has reviewed the Report and Recommendation *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Moreover, it has considered all of the pleadings, affidavits, motions, and filings of the parties. Despite Petitioner's assertions to the contrary, the Court finds Magistrate

---

[1] Following the issuance of this Report and Recommendation, Magistrate Judge Knepp was appointed to, confirmed and sworn in as a district judge for the United States District Court for the Northern District of Ohio, Western Division.

Judge Knepp's Report and Recommendation to be well-written, well-supported, and correct. As such, the Court finds Petitioner's objections to the Report and Recommendation to be lacking in merit and are overruled. Therefore, the Report and Recommendation (ECF # 9) is ADOPTED in its entirety and Petitioner's Petitioner's Petition for a Writ of Habeas Corpus is denied. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

    IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: April 21, 2021